UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLONDO STEWART (#631620) | CIVIL ACTION NO. |
| VERSUS | 22-711-JWD-EWD |
| WARDEN KEITH COOLEY, ET AL. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 26, 2024 (Doc. 13), to which an objection was filed and considered (Doc. 14),

As the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Rolondo Stewart (Doc. 1) is untimely, **IT IS ORDERED** that the application is **DENIED** and that this proceeding shall be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be **DENIED.**

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 16, 2024.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

1